Chambala J.E. HOLLIS,
Plaintiff–Appellant

v.

VEOLIA TRANSPORTATION, INC., doing business as Supershuttle International, Inc., doing business as Kansas City Transportation Group, Inc.; Terry O'Toole; Don Rubright; Alan Moldawer; Mark Joseph; Teresa Wolken; Tony Tymony; Cindy Simmons, Defendants–Appellees.

No. 12–2737.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 1, 2013.

Filed: March 18, 2013.

Chambala J.E. Hollis, I, Kansas City, MO, pro se.

James N. Foster, Jr., McMahon & Berger, St. Louis, MO, for Defendants–Appellees.

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Chambala Hollis appeals the district court's [1] order dismissing his employment-discrimination action with prejudice for failure to comply with a court order. He has also moved to strike some of appellees' statements and arguments. Upon careful review, see *Smith v. Gold Dust Casino*, 526 F.3d 402, 404 (8th Cir.2008) (standard of review), we conclude that the district court did not abuse its discretion in dismissing the case, see *id.* at 404–05 (dismissal with prejudice for failure to comply with court order is appropriate in cases of willful disobedience of court order). Accordingly, we affirm. We also deny Hollis's pending motion.[2] See 8th Cir. R. 47B.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Keith SUN BEAR, Defendant–**
**Appellant.**

No. 12–3153.

United States Court of Appeals,
Eighth Circuit.

Submitted: March 11, 2013.

Filed: April 5, 2013.

Timothy Marshall Maher, Kathryn Nicole Rich, Assistant U.S. Attorney, U.S. Attorney's Office, Pierre, SD, for Plaintiff–Appellee.

Edward Albright, Assistant, Federal Public Defender, Federal Public Defender's Office, Pierre, SD, for Defendant–Appellant.

Keith Sun Bear, Three Rivers, TX, pro se.

Before WOLLMAN, BYE, and COLLOTON, Circuit Judges.

PER CURIAM.

In 2002, Keith Sun Bear was convicted of sexual abuse of a minor in violation of 18 U.S.C. §§ 1153, 2243(a), and 2246(2). Four years later, Congress enacted the Sex Offender Registration and Notification Act (SORNA), which requires sex offenders to periodically register with state government. Pursuant to a rule promulgated by the Attorney General on February 28, 2007, declaring the registration requirements of SORNA to apply retroactively to sex offenders convicted prior to the enactment date of SORNA, Sun Bear is required to register as a sex offender.

Sun Bear initially properly registered as a sex offender. However, when he failed to update his registration after moving from his residence in Rapid City, South Dakota, on March 18, 2012, he was indicted for failing to register as a sex offender in violation of 18 U.S.C. § 2250(a). Sun

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

2. The parties have briefed the issue of the correctness of a post-judgment order granting

defendants attorney's fees and costs, but Hollis failed to file a new or amended notice of appeal designating this order for appeal, and thus it is not properly before us. See Fed. R.App. P. 4(a)(4)(B)(ii) (party intending to challenge order disposing of post-judgment

motion must timely file notice of appeal or amended notice of appeal).